UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Michael E. Wick

Debtor(s)

Case No.: 10 B 02408

Chapter: 13

Judge John H. Squires

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Michael E. Wick, Debtor(s), 14730 Kilpatrick Ave Unit 6E, Midlothian, IL 60445
Brian G. Snyder, Attorney for Debtor(s), 233 S. Wacker Dr, Suite 5150, Chicago, IL 6066

You are hereby notified that IBM LENDER BUSINESS PROCESS SERVICES, INC. has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to IBM LENDER BUSINESS PROCESS SERVICES, INC. for the contractual mortgage payment due 07/01/10. As of 9/10/10, Debtor owes for the 07/01/10 through 09/01/10 post-petition mortgage payments, with the 10/01/10 coming due, plus $59.88 in late charges. The current mortgage payment amount due each month is $763.03. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 11/24/10, IBM LENDER BUSINESS PROCESS SERVICES, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on October 25, 2010.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346

Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-10-03915)**

NOTE: This law firm is deemed to be a debt collector.